## NATIONAL PUBLISHING COMPANY, INC. *v.* HARTFORD FIRE INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 234 (AC 23651), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's refusal to charge the jury on the defendant's late notice of special defense?"

The Supreme Court docket number is SC 17647.

*Daniel P. Scapellati, James V. Somers* and *John C. Pitblado,* in support of the petition.

*Eric G. Blomberg* and *Russell J. Berkowitz,* in opposition.

Decided April 7, 2006